IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pamonicutt, Michael | Case Number: 04 B 19167 |
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 5/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 26, 2008
Confirmed: July 7, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,225.00 | |
| Secured: | | 2,830.24 |
| Unsecured: | | 3,026.12 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 474.64 |
| Other Funds: | | 0.00 |
| Totals: | 9,225.00 | 9,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | McGrath & Velazquez | Administrative | 2,894.00 | 2,894.00 |
| 2. | Onyx Acceptance Corp | Secured | 2,830.24 | 2,830.24 |
| 3. | Onyx Acceptance Corp | Unsecured | 568.80 | 1,470.44 |
| 4. | Department of Veteran Affairs | Unsecured | 16.35 | 42.28 |
| 5. | SBC | Unsecured | 178.41 | 461.23 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 407.00 | 1,052.17 |
| 7. | Berwyn Police Dept | Unsecured | | No Claim Filed |
| 8. | First Premier | Unsecured | | No Claim Filed |
| 9. | County Of Manitowac | Unsecured | | No Claim Filed |
| 10. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 11. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Oak Park Physicians Group | Unsecured | | No Claim Filed |
| 14. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 15. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 16. | University Cardiologists | Unsecured | | No Claim Filed |
| 17. | Raymond Nootens M D | Unsecured | | No Claim Filed |
| 18. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 19. | State of Illinois | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,894.80 | $ 8,750.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 25.63 |
| 6.5% | 112.78 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pamonicutt, Michael

Printed: 5/6/08

Case Number: 04 B 19167
Judge: Squires, John H
Filed: 5/17/04

| | |
|---:|---:|
| 3% | 20.27 |
| 5.5% | 67.51 |
| 5% | 17.77 |
| 4.8% | 34.03 |
| 5.4% | 196.65 |
| | _____ |
| | $ 474.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

